The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Michael Dwayne Ferguson
    v. Commonwealth of Virginia
    Record No. 0060-19-3
    Opinion rendered by Judge Beales on
    February 25, 2020

2.  Antonio Jones
    v. Commonwealth of Virginia
    Record No. 1929-18-3
    Opinion rendered by Chief Judge Decker on
    March 10, 2020

3.  Justin Leon Walker
    v. Commonwealth of Virginia
    Record No. 1945-18-1
    Opinion rendered by Judge Russell on
    March 24, 2020

4.  Melanie Vandyke
    v. Commonwealth of Virginia
    Record No. 1322-18-2
    Opinion rendered by Chief Judge Decker on
    March 31, 2020

5.  Robert Meredith Otey, Jr.
    v. Commonwealth of Virginia
    Record No. 0556-19-2
    Opinion rendered by Judge AtLee on
    April 7, 2020

6.  Natalie Marie Keepers
    v. Commonwealth of Virginia
    Record No. 0279-19-3
    Opinion rendered by Judge O'Brien on
    April 14, 2020

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Loudoun County
   v. Michael Richardson
   Record No. 1533-18-4
   Opinion rendered by Judge O'Brien
     on April 16, 2019
   Judgment of Court of Appeals affirmed by opinion rendered on May 7, 2020
   (190621)

2. Andre Washington
   v. Caroline County Department of Social Services
   Record No. 0870-19-2
   Opinion rendered by Judge Malveaux
     on December 10, 2019
   Refused (200023)